Form B1 (Official Form ) - (Rev. 3/98)

## UNITED STATES BANKRUPTCY COURT
__Central__ **DISTRICT OF** __California__

**Voluntary Petition**

| Name of Debtor (If Individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| HEALTH SOURCE MEDICAL GROUP, INC. | |

| All Other Names used by the Debtor in the last 6 years (Include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names): |
|---|---|

| Soc. Sec./Tax I.D. No. (if more than one, state all): 95-4019629 | Soc. Sec./Tax I.D. No. (if more than one, state all): |
|---|---|

| Street Address of Debtor (No. & Street, City, State, & Zip Code): 150 N. Robertson Blvd., Suite 350N Los Angeles, CA 90211 Attn: David Frisch, M.D. | Street Address of Joint Debtor (No. & Street, City, State, & Zip Code): |
|---|---|

| County of Residence or of the Principal Place of Business: Los Angeles County | County of Residence or of the Principal Place of Business: |
|---|---|

| Mailing Address of Debtor (if different from street address): N/A | Mailing Address of Joint Debtor (if different from street address): |
|---|---|

Location of Principal Assets of Business Debtor (if different from street address above):

**Venue** (Check any applicable box)

[X] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

[ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

[ ] This petition is being filed by a corporation or partnership under chapter 11 and the debtor acknowledges that a Venue Disclosure Form is required to be filed by General Order 97-02.

**Type of Debtor** (Check all boxes that apply)

| [ ] Individual(s) | [ ] Railroad |
|---|---|
| [X] Corporation | [ ] Stockbroker |
| [ ] Partnership | [ ] Commodity Broker |
| [ ] Other: _____ | |

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

[ ] Chapter 7   [X] Chapter 11   [ ] Chapter 13
[ ] Chapter 9   [ ] Chapter 12
[ ] Sec. 304 - Case Ancillary to foreign proceeding

**Nature of Debts** (Check one box)

[ ] Consumer/Non-Business   [X] Business

**Chapter 11 Small Business** (Check all boxes that apply)

[ ] Debtor is a small business as defined in 11 U.S.C. § 101

[ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Filing Fee** (Check one box)

[X] Full Filing Fee attached

[ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Statistical/Administrative Information (Estimates only)**

[X] Debtor estimates that funds will be available for distribution to unsecured creditors.

[ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-o |
|---|---|---|---|---|---|---|
| | [ ] | [ ] | [ ] | [ ] | [ ] | [X] |

| Estimated Assets | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0-$50,000 | $50,001-$100,000 | $100,001-$500,000 | $500,001-$1 million | $1,000,001-$10 million | $10,000,001-$50 million | $50,000,001-$100 million | More tha $100 milli |
| [ ] | [ ] | [ ] | [X] | [ ] | [ ] | [ ] | [ ] |

| Estimated Debts | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0-$50,000 | $50,001-$100,000 | $100,001-$500,000 | $500,001-$1 million | $1,000,001-$10 million | $10,000,001-$50 million | $50,000,001-$100 million | More tha $100 milli |
| [ ] | [ ] | [ ] | [X] | [ ] | [ ] | [ ] | [ ] |

THIS SPACE FOR COURT USE ONLY

11/07/2000   **FILED**   15:53
**LA00-41289SB**
DEBTOR:
HEALTH SOURCE MEDICAL GROUP IN
JUDGE: HON. S. Bufford - 359
TRUSTEE:   CH: 11 (INCOMPLETE)
341A MTG:
ADR:

CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIF. ID: 716
RECEIPT NO: LA-043215   $830.00

Form B1 (Official Form 1) Page Two - (Rev.

| Voluntary Petition | Name of Debtor(s): | FORM B1, Page 2 |
|---|---|---|
| *(This page must be completed and filed in every case)* | HEALTH SOURCE MEDICAL GROUP, INC. | |

Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location Where Filed: NONE | Case Number: N/A | Date Filed: N/A |
|---|---|---|

Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: NONE | Case Number: N/A | Date Filed: N/A |
|---|---|---|
| District: N/A | Relationship: N/A | Judge: N/A |

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of Debtor (Corporation/Partnership)** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. | I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. |
| I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
| | X _David W. Frisch_ |
| | Signature of Authorized Individual |
| X _____ | X David Frisch |
| Signature of Debtor | Printed Name of Authorized Individual |
| X _____ | President/Chairman of the Board |
| Signature of Joint Debtor | Title of Authorized Individual |
| | November 7, 2000 |
| Telephone and Fax Number (If not represented by attorney) | Date |
| Date | |

| **Signature of Attorney** | **Signature of Non-Attorney Petition Preparer** |
|---|---|
| X _Samuel R. Maizel_ | I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; that I prepared this document for compensation, and that I have provided the debtor with a copy of this document. |
| Signature of Attorney for Debtor(s) | |
| Samuel R. Maizel, Esq. | |
| Printed Name of Attorney for Debtor(s) | |
| Pachulski, Stang, Ziehl, Young & Jones | |
| Firm Name | Printed or Typed Name of Bankruptcy Petition Preparer |
| 10100 Santa Monica Blvd. | |
| Address | Social Security Number |
| Suite 1100 | |
| Los Angeles, California 90067-4100 | |
| | Address |
| P:310-277-6910 F:(310)201-0760 | |
| Telephone and Fax Number | Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document: |
| 11/07/00 | 189301 | |
| Date | Bar Number | |

| **Exhibit "A"** | |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11) | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. |
| ☐ Exhibit A is attached and made a part of this petition. | |

| **Exhibit "B"** | |
|---|---|
| (To be completed if debtor is an individual whose debts are primarily consumer debts) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. | X _____ |
| | Signature of Bankruptcy Petition Preparer |
| X _____ | Date |
| Signature of Attorney for Debtor(s)      Date | A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156. |