Form 4. LIST OF CREDITOR HOLDING 20 LARGEST UNSECURED CLAIMS

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

In re  HEALTH SOURCE MEDICAL GROUP, INC.          ,
                                  Debtor                   Case No. _____

                                                           Chapter   11  _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is a list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with FED. R. Bankr. P. 1007(d) for the filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101(30), or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of Claim (trade debt, bank loan, government, contact, etc.) | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM (if secured also state of value of security) |
|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>General Anesthesia Spec.<br>P O Box 51441<br>Los Angeles, CA 90051-5741 | Phone:<br>FX: (310) 477-2465 | Medical Services Contract | | | | 606,662.29 |
| Account No.<br><br>Cedars-Sinai Med Center/Phys. Billing Svc.<br>P.O. Box 512717<br>Los Angeles, CA 90051-0717 | PH: 800-303-3044<br>FX: 818-879-8272<br>Attn: Sheryl Wilson | Medical Services Contract | | | | 356,165.89 |
| ACCOUNT NO.<br><br>Cedars-Sinai Medical Center<br>P O Box 48954<br>Los Anegles, 90048 | PH: (310) 855-4171<br>FX: (323) 866-8685<br>Attn: Melissa Robisaille | Medical Services Contract | | | | 270,007.94 |
| ACCOUNT NO.<br><br>Pharmplus Resources<br>15017-A Califa St.<br>Van Nuys, CA 91411 | PH: 818-908-2100<br>FX: 818-908-2109<br>Attn: Shelly Miller | Pharmaceutical Services Contract | | | | 234,763.39 |

In re HEALTH SOURCE MEDICAL GROUP, INC. ,                                        Case No. _____
                Debtor                                                                              (if known)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of Claim (trade debt, bank loan, government, contact, etc.) | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM (if secured also state of value of security) |
|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>California Hematology<br>6801 Park Terrace #130<br>Los Angeles, CA 90046 | PH: 310-649-7222<br>FX: 310-649-7230<br>Attn: Vivi Tokatlian | Medical Services Contract | | | | 185,820.46 |
| ACCOUNT NO.<br><br>Nova Factor Inc.<br>P.O. Box 1000 Dept. 97<br>Memphis, TN 38148-0097 | PH: 901-381-7400<br>FX: 901-385-3781<br>Attn: Wayne Bledsle | Trade Vendor | | | | 113,220.00 |
| Account No.<br><br>Total Renal Care, Inc.<br>8762 W. Pico Blvd.<br>Los Angeles, CA 90035 | PH: 310-205-7924 (CA)<br>    206-272-1916 (WA)<br>FX: 310-276-4076<br>    714-836-0711<br>Attn: Claudia Respecio | Medical Services Contract | | | | 109,525.15 |
| ACCOUNT NO.<br><br>Unilab<br>18408 Oxnard St.<br>Tarzana, CA 91356 | PH: 800-339-4299<br>FX: 818-343-1282<br>Attn: Carmen Perez | Trade Vendor | | | | 81,872.41 |
| ACCOUNT NO.<br><br>CVHS Hospital Corp.<br>P.O. Box 31001-0516<br>Pasadena, CA 91110-0516 | PH: 310-673-4660<br>FX: 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<br>Attn: Judith Maloof | Medical Services Contract | | | | 66,918.54 |
| ACCOUNT NO.<br><br>Cedars Sinai Imaging<br>Medical Group<br>P.O. Box 4313<br>Woodland Hills, CA 91365 | PH: 310-423-8000<br>    818-880-9729<br>FX: 310-423-0695 | Medical Services Contract | | | | 59,173.07 |

In re HEALTH SOURCE MEDICAL GROUP, INC. _____ .   Case No. _____
　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of Claim (trade debt, bank loan, government, contact, etc.) | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM (if secured also state of value of security) |
|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Aventis Pasteur<br>P.O. Box 60244<br>Charlotte, NC 28260-0244 | PH: 800-822-2463<br>FX: 800-295-7808<br>Attn: Alex Grum | Trade Vendor | | | | 52,623.42 |
| ACCOUNT NO.<br><br>City of Hope Oncology Network<br>1500 E. Duarte Rd.<br>Duarte, CA 91010 | PH: 626-359-8111<br>FX: 626-301-8214<br>Attn: Anne McCune | Medical Services Contract | | | | 38,369.42 |
| ACCOUNT NO.<br><br>Valley Neonamed Associates<br>P.O. Box 2626<br>Sepulveda, CA 91393 | PH: 626-962-4011<br>FX: 626-814-2513<br>Attn: Jean Gish | Trade Vendor | | | | 28,544.03 |
| ACCOUNT NO.<br><br>Keith Klein, MD<br>8920 Wilshire Blvd.,<br>Suite 520<br>Beverly Hills, CA 90211 | PH: 310-657-9841<br>FX: 310-657-9893<br>Attn: Shebi Shidet | Medical Services Contract | | | | 27,696.48 |
| ACCOUNT NO.<br><br>Vanessa Tatum, MD<br>P.O. Box 3889<br>Seal Beach, CA 90740-7889 | PH: 310-674-9372<br>FX: 310-674-4680<br>Attn: Daisy Kane | Medical Services Contract | | | | 27,307.31 |
| ACCOUNT NO.<br><br>Freeman Emer. Phys. Med. Group<br>444 E. Huntington Dr.<br>Suite 300<br>Arcadia, CA 91066-3778 | PH: 626-821-5710 | Emergency Services Contract | | | | 26,763.23 |

In re HEALTH SOURCE MEDICAL GROUP, INC. _____.   Case No. _____
              Debtor                                                                                                             (if known)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of Claim (trade debt, bank loan, government, contact, etc.) | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM (if secured also state of value of security) |
|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Avrom Gart, MD<br>512 Main Street, #1<br>El Segundo, CA 90245-3003 | PH: 310-322-4278<br>FX: 310-322-6660<br>Attn: Melanie McCraken | Medical Services Contract | | | | 26,520.45 |
| ACCOUNT NO.<br><br>Emergency Phys. Svcs. Med. Assoc.<br>P.O. Box 661297<br>Arcadia, CA 91066-1297 | PH: 626-821-5739<br>FX: 626-447-6036<br>Attn: Judy E | Medical Services Contract | | | | 25,602.17 |
| ACCOUNT NO.<br><br>Plaza-Towers Obstetrics & Gynecology<br>8361 W. 3rd St., #240E<br>Los Angeles, CA 90048 | PH: 310-854-3400<br>FX: 310-854-5732<br>Attn: Valerie Brukseh | Medical Services Contract | | | | 24,556.12 |
| ACCOUNT NO.<br><br>Tower-Infectious Diseases Med. Assoc. Inc.<br>8631 W. 3rd St., #1015-E<br>Los Angeles, CA 90048 | PH: 310-358-2300<br>FX: 310-358-8961<br>Attn: Casey Stengel | Medical Services Contract | | | | 24,237.10 |

Form B2
6/90

**Form 2. DECLARATION UNDER PENALTY OF PERJURY
ON BEHALF OF A CORPORATION OR PARTNERSHIP**

**UNITED STATES BANKRUPTCY COURT**

Central **DISTRICT OF** California

In re HEALTH SOURCE MEDICAL GROUP, INC,
                Debtor

Case No. _____

Chapter  11

I, ____David M. Frisch, President/Chairman of the Board____
[the president or other officer or an authorized agent of the corporation] [or a member or an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding Twenty Largest Unsecured Claims
[list or schedule or amendment or other document (describe)] and that it is true and correct to the best of my information and and belief.

Date    November 7, 2000

Signature  *[signed] David M. Frisch*

David Frisch
President/Chairman of the Board

(Print Name and Title)

B2