**Name** Samuel R. Maizel, Esquire
Thomsen Young, Esquire
**Address** Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100

**Telephone** 310-277-6910
<span style="text-align:center">Attorney for Debtor(s)</span>

(CLERK'S STAMP)

**UNITED STATES BANKRUPTCY COURT FOR THE**
_Central_ **DISTRICT OF** _California_

**In re** HEALTH SOURCE MEDICAL GROUP, INC.

Case No. _____

**Debtor(s)**    **LIST OF EQUITY SECURITY HOLDERS**

(Set forth here all names, including trade names used by debtor(s) within last 6 years.)
**Social Security No.** _____
**Social Security No.** _____
**Debtor's Employer's Tax Identification No.** 95-4019629

| REGISTERED NAME OF HOLDER OF SECURITY LAST KNOWN ADDRESS OR PLACE OF BUSINESS | CLASS OF SECURITY | NUMBER REGISTERED | KIND OF INTEREST REGISTERED |
|---|---|---|---|

**SEE ATTACHED RIDER**

HEALTH SOURCE MEDICAL GROUP, INC.
SHAREHOLDERS LIST

| LAST NAME | FIRST NAME | STREET ADDRESS | CITY | ST | ZIP | DATE RETURNED | # OF SHARES | $ | ACCEPT Y/N | HELD BY |
|---|---|---|---|---|---|---|---|---|---|---|
| AZER | PAUL | 8737 BEVERLY BLVD #301 | LOS ANGELES | CA | 90048 | 11-Sep-02 | 1,500 | $3,000 | YES | PC |
| BLOOMBERG | STEPHEN | 414 N. CAMDEN DR. #650 | BEVERLY HILLS | CA | 90210 | 11-Sep-02 | 2,500 | $5,000 | YES | INDIV |
| BUCHNER | CLIFFORD | 8631 W 3RD ST #205-E | LOS ANGELES | CA | 90048 | 11-Sep-02 | 1,000 | $2,000 | YES | PC |
| BROWN | HARVEY | 435 N ROXBURY DR #311 | BEVERLY HILLS | CA | 90210 | 06-Sep-02 | 5,000 | $10,000 | YES | INDIV |
| BRUCKNER | SHERMAN | 414 N. CAMDEN DR. #650 | BEVERLY HILLS | CA | 90210 | 28-Aug-02 | 1,000 | $2,000 | YES | INDIV |
| BRUNSCH | LAWRENCE | 8631 W 3RD ST #240-E | LOS ANGELES | CA | 90048 | 01-Sep-02 | 5,000 | $10,000 | EXEMPT-BD | INDIV |
| BUCHBINDER | NEIL | 8635 W 3RD ST #975-W | LOS ANGELES | CA | 90048 | 11-Sep-02 | 1,500 | $3,000 | YES | INDIV |
| CAPLAN | JAMES | 250 N ROBERTSON BLVD #606 | BEVERLY HILLS | CA | 90211 | 11-Sep-02 | 500 | $1,000 | YES | PC |
| CARTER | CONNELL | 9201 SUNSET BLVD. #708 | LOS ANGELES | CA | 90069 | 11-Sep-02 | 500 | $1,000 | EXEMPT | INDIV |
| CHARIZI | YIZHAR | 8635 W 3RD ST #355-W | LOS ANGELES | CA | 90048 | 10-Sep-02 | 500 | $1,000 | EXEMPT | INDIV |
| COHEN | WILLIAM | 8631 W 3RD ST #925-E | LOS ANGELES | CA | 90048 | 11-Sep-02 | 500 | $1,000 | YES | INDIV |
| COYNE | MARTIN | 9140 ST. IVES STREET | LOS ANGELES | CA | 90048 | 02-Sep-02 | 5,000 | $10,000 | EXEMPT | INDIV |
| DANESHGAR | SHAUN | 8631 W OLYMPIC BL #507 | LOS ANGELES | CA | 90048 | 11-Sep-02 | 500 | $1,000 | YES | INDIV |
| DANIELS | PARVIZ | 8635 W 3RD ST #1020-W | LOS ANGELES | CA | 90048 | 11-Sep-02 | 1,500 | $3,000 | YES | TRUST |
| DAVIDSON | ROBERT | 435 N ROXBURY DR #1004 | BEVERLY HILLS | CA | 90210 | 26-Aug-02 | 500 | $1,000 | YES | INDIV |
| DOUGLAS | JAY | 8631 W 3RD ST #235-E | LOS ANGELES | CA | 90048 | 11-Sep-02 | 5,000 | $10,000 | YES | PC |
| DUNREBON | DANIEL | 9301 WILSHIRE #401 | BEVERLY HILLS | CA | 90210 | 11-Sep-02 | 500 | $1,000 | YES | INDIV |
| ELIOT | JAMES | 435 N BEDFORD #314 | BEVERLY HILLS | CA | 90210 | 31-Aug-02 | 900 | $1,800 | YES | PC |
| EPSTEIN | STUART | 8631 W 3RD ST #240-E | LOS ANGELES | CA | 90048 | 11-Sep-02 | 1,000 | $2,000 | YES | PC |
| GAVERITZ | GREGORY | 8631 W 3RD ST #303-E | LOS ANGELES | CA | 90048 | 10-Sep-02 | 5,000 | $10,000 | EXEMPT | INDIV |
| FEIGELSON | DONALD | 8635 W 3RD ST #460W | LOS ANGELES | CA | 90048 | 10-Sep-02 | 500 | $1,000 | YES | INDIV |
| FRIEDMAN | STUART | 9001 WILSHIRE BLVD. #100 | BEVERLY HILLS | CA | 90210 | 11-Sep-02 | 500 | $1,000 | EXEMPT | PC |
| GERBER | DAVID | 8631 W 3RD ST #445-E | LOS ANGELES | CA | 90048 | 11-Sep-02 | 5,000 | $10,000 | YES | INDIV |
| GLEISCHMAN | IGOR | 8635 W 3RD ST #805-W | LOS ANGELES | CA | 90048 | 11-Sep-02 | 500 | $1,000 | YES | INDIV |
| GOLDBERG | STEWART | 8631 WEST THIRD ST #408E | LOS ANGELES | CA | 90048 | 04-Sep-02 | 5,000 | $10,000 | EXEMPT | PC |
| GOODSTEIN | HOWARD | 3631 HUGHES AVE #300 | CULVER CITY | CA | 90232 | 11-Sep-02 | 500 | $1,000 | YES | INDIV |
| SPADMAN | JORDAN | 1414 S. GRAND AVE #305E | LOS ANGELES | CA | 90015 | 10-Sep-02 | 500 | $1,000 | EXEMPT | INDIV |
| GREENFIELD | WAYNE | 1414 S. GRAND AVE #100 | LOS ANGELES | CA | 90015 | 11-Sep-02 | 1,250 | $2,500 | YES | INDIV |
| GREIG | BRUCE | 9201 W SUNSET BLVD #708 | LOS ANGELES | CA | 90069 | 11-Sep-02 | 500 | $1,000 | EXEMPT | INDIV |
| HAUPTSCHIEN | LLOYD | 2080 CENTURY PARK E #906 | LOS ANGELES | CA | 90067 | 28-Aug-02 | 5,000 | $10,000 | EXEMPT | PC |
| HELFENSTEIN | MARTIN | 435 N ROXBURY DR #222 | BEVERLY HILLS | CA | 90210 | 09-Sep-02 | 2,500 | $5,000 | YES | INDIV |
| HOFF | JEFFREY | 120 S. SPALDING DR. #100 | BEVERLY HILLS | CA | 90212 | 11-Sep-02 | 2,500 | $5,000 | YES | PC |
| HAU | DAVID | 1414 S GRAND AVE. #100 | LOS ANGELES | CA | 90015 | 11-Sep-02 | 500 | $1,000 | EXEMPT-BD | INDIV |
| HOTES | JAI ER | 436 N BEDFORD DR. #214 | BEVERLY HILLS | CA | 90210 | 11-Sep-02 | 1,000 | $2,000 | YES | INDIV |
| TROUCHKAYS | STEVEN | 8635 W THIRD ST STE 850W | LOS ANGELES | CA | 90048 | 11-Sep-02 | 500 | $1,000 | YES | INDIV |
| KAMRAVA | CAROLE | 250 N. ROBERTSON #403 | BEVERLY HILLS | CA | 90211 | 28-Aug-02 | 2,500 | $5,000 | YES | INDIV |
| KRI | MICHAEL | 8820 WILSHIRE BLVD #230 | LOS ANGELES | CA | 90048 | 11-Aug-02 | 5,000 | $10,000 | EXEMPT-BD | INDIV |
| KRERT | KRISTY | 465 N ROXBURY DR #101 | BEVERLY HILLS | CA | 90210 | 09-Sep-02 | 500 | $1,000 | YES | RUSH |
| KOVET | KEITH | 436 NORTH BEDFORD DR #211 | BEVERLY HILLS | CA | 90210 | 11-Aug-02 | 5,000 | $10,000 | YES | TRUST |
| KRANTZ | MICHAEL | 9201 SUNSET BLVD #705 | LOS ANGELES | CA | 90069 | 11-Sep-02 | 1,000 | $2,000 | EXEMPT | INDIV |
| LEDERE | HILARD | 2060 CENTURY PARK E #905 | LOS ANGELES | CA | 90067 | 11-Sep-02 | 500 | $1,000 | YES | TRUST |
| LEVINE | MORGAN | 8635 W 3RD ST #380-W | LOS ANGELES | CA | 90048 | 09-Sep-02 | 5,000 | $10,000 | EXEMPT-BD | PC |
| LEVY | WILLIAM | 8635 W 3RD ST #390-W | LOS ANGELES | CA | 90048 | 10-Sep-02 | 500 | $1,000 | YES | INDIV |
| LUCY | SEYMOUR | 8618 S SEPULVEDA BL #230 | LOS ANGELES | CA | 90045 | 11-Sep-02 | 1,000 | $2,000 | YES | INDIV |
| HUGHES | EZRA | 8635 W 3RD ST #390-W | LOS ANGELES | CA | 90048 | 11-Sep-02 | 500 | $1,000 | YES | PC |



## Form 2. DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

## UNITED STATES BANKRUPTCY COURT

__Central__ **DISTRICT OF** __California__

In re <u>HEALTH SOURCE MEDICAL GROUP, INC</u>,
                           Debtor

Case No. _____

Chapter __11__

I, __David Frisch, President/Chairman of the Board__
[the president or other officer or an authorized agent of the corporation] [or a member or an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing <u>List of Equity Security Holders</u> [list or schedule or amendment or other document (describe)] and that it is true and correct to the best of my information and and belief.

Date __November 7, 2000__

Signature _[signed]_

David Frisch
President/Chairman of the Board

(Print Name and Title)

B2